Commonwealth *v.* Coleman, Appellant.

Submitted April 19, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Charles Coleman,* appellant, in propria persona.

*Steven H. Goldblatt* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 12, 1971:
Order affirmed. See Post Conviction Hearing Act of January 25, 1966, P. L. (1965) 1580, §4(a), 19 P.S. §1180-4(a).